## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE:  JON KENNETH BIGNESS | CASE NO: 07-06604 |
| EVELYN BIGNESS | CHAPTER 13 |
| DEBTORS(S) | JUDGE: JACQUELINE P COX |

NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   CHASE HOME FINANCE LLC

------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0001 | 1621457642 | $ 22,515.57 | $ 22,815.57 | $ 22,815.57 |

| | |
|---|---|
| Total Amount Paid the Trustee | $ 22,815.57 |

------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

X   Through the Chapter 13 Conduit                               __ Direct by the Debtor(s)

------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 17th day of   July, 2012.

| Debtor(s) | Debtors Attorney |
|---|---|
| EVELYN BIGNESS | |
| JON KENNETH BIGNESS | GERACI LAW LLC |
| 13645 CHERRY LANE | 55 E MONROE # 3400 |
| ORLAND PARK IL 60462 | CHICAGO IL 606030000 |

Addtional Creditors

CHASE HOME FINANCE LLC
% PIERCE & ASSOCIATES PC
1 N DEARBORN # 1300
CHICAGO IL 60602


Mortgage Arrearage Creditor

CHASE HOME FINANCE LLC
3415 VISION DR
OH4-7126
COLUMBUS OH 43219-2106


Electronic Service US Trustee


Date: July 17, 2012                       /s/ Tom Vaughn

                                          Tom Vaughn, Chapter 13 Trustee
                                          Chapter 13 Trustee
                                          55 East Monroe Street, Suite 3850
                                          Chicago, Ill   60603